UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joanne Edmonds Fletcher Jackson, )
)
Plaintiff, )
) Case: 1:17-cv-00084 (F-Deck)
v. ) Assigned To : Unassigned
) Assign. Date : 1/11/2017
United States of America *et al.*, ) Description: Pro Se Gen. Civil
)
Defendants. )
_____ )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

The plaintiff resides in Temple Hills, Maryland. She has sued, among other defendants, the United States and the D.C. Department of Behavioral Health ("Department"). The plaintiff alleges that she was "illegally hospitalized" when she was detained in November 2016 for a mental health evaluation four days beyond the seven days ordered by the Superior Court of the District of Columbia. Compl. at 1. Attached to the complaint are the Department's two petitions seeking a commitment order and the Superior Court's "Order Authorizing Continued Detention of Person for Emergency Observation and Diagnosis; and Appointing Counsel." Compl. Ex. E. Plaintiff seeks $700,000 in money damages.

The complaint contains no factual allegations against the United States and thus fails to provide that defendant with adequate notice of a claim. In all other respects, the complaint establishes no grounds for federal court jurisdiction. Therefore, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: January _10_, 2017

_____
Chief Judge